413 A.2d 1126

MacFarlan v. MacFarlan, Appellant.

Argued March 20, 1979. Robert P. Snyder, for appellant; Barry S. Lyons, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

413 A.2d 1126

Mortco, Inc. t/a Arrow Rent-A-Car v. The Bell Telephone Company of Pennsylvania, Appellant.

Argued March 21, 1979. Jerome J. Shestack, for appellant; C. Stephens Vondercrone, Jr., for appellee.

Before VAN der VOORT, HESTER and MONTGOMERY, JJ.

Order affirmed.